IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TILLMAN NORTH, #252941, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:10cv433-ID |
| | ) | |
| LEEPOSEY DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND OPINION**

On May 24, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 3). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the motion for leave to proceed *in forma pauperis* (Doc. No. 2) is DENIED. It is further

ORDERED that this case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 17th day of June, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE